IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICHARD PACE and                                                          APPELLANT
MARY ANN PACE

V.                                                                                    1:18CV91-M

SLENE MADDOX                                                                APPELLEE

## ORDER

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on June 7, 2018. Judge Mills, on his own motion, hereby **RECUSES** himself from this cause.

It is hereby **ORDERED** that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This the 11th day of June, 2018.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI