# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**RICHARD PACE and MARY PACE**                                    **APPELLANTS**

**vs.**                                           **CIVIL ACTION No.: 1:18-CV-91-HTW**

**SELENE MADDOX**                                                    **APPELLEE**

## ORDER DISMISSING APPEAL

BEFORE THIS COURT is the Agreed Motion to Dismiss Appeal **[Docket no. 8]**. The parties in this matter by agreement dismiss the appeal with court costs to be taxed against the appellants.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the instant bankruptcy appeal is hereby dismissed and court costs are taxed against the appellants.

**SO ORDERED AND ADJUDGED this the 18th day of September, 2018.**

                                                  **s/ HENRY T. WINGATE**
                                                  **UNITED STATES DISTRICT COURT JUDGE**